IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER D. JONES                                                                          PLAINTIFF
ADC #611484

v.                                            5:17cv00194-JLH-JJV

NANCY E. MALCOLM,
Dentist                                                                                       DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form

1

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

### I.   BACKGROUND

On July 27, 2017, Mr. Jones filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983. On September 22, 2017, the Initial Scheduling Order sent to Mr. Jones by the Court was returned as undeliverable. (Doc. No. 10.) On the same date, the Court directed Plaintiff to provide a change of address within thirty days. (Doc. No. 11.) More than thirty days have passed and no change of address has been filed.

It is Plaintiff's responsibility to promptly notify the Clerk of his current address and to prosecute this action diligently.[1] Without a current address, it is impossible for the Court to communicate with Plaintiff. Plaintiff was first notified of this requirement in an Order dated July 28, 2017. (Doc. No. 3 at 3.) The Court thus finds that his Complaint (Doc. No. 2) should

---

[1] Local Rule of the Court 5.5(c)(2), states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

be DISMISSED without prejudice.

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.     Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2.     The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 24th day of October, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE