## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTOPHER D. JONES                                                                    PLAINTIFF
ADC #611484

v.                                      5:17CV00194-JLH

NANCY E. MALCOLM,
Dentist                                                                                 DEFENDANT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 17th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1